Form Number LR 4001-1 (c) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### DECATUR DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-80935-CRJ |
| Andrew Blake Burch | § | Chapter 7 |
| Debtor(s) | § | |

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: Retail Installment  Date of Loan/Credit Transaction XX/XX/XXXX
Type of Collateral: Personal Property  Monthly Payment: $455.98
Amount Financed: $27,932.31  APR or Interest Rate: 12.13%
Term of Loan: 96 months or _____ years
Payoff Amount: $28,314.82 as of June 6, 2022
Value of Collateral and Basis: $29,000.00 as of June 2022 issue of NADA
Collateral Description: 2015 Palomino Columbus 320RS Fifth Wheel - VIN: 4X4FCMH26F6005413

Delinquent Pre-Petition Payments:
What Month(s)? 02/2022 – 05/2022
Amount? $1,848.92
Claim filed? ☐ Yes  ☒ No
Date claim filed: XX/XX/XXXX  Claim Number XXX

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: X

Delinquent Post-Petition Payments:
What Month(s)? 06/2022
Amount of mortgage payments? $455.98
Late Charges? $xxx
Court Costs / Attorney's fees? $xxx
Total Amount Due $455.98
Claim filed? ☐ Yes  ☒ No
Date claim filed: XX/XX/XXXX  Claim Number XXX

Number of Post-Petition Payments Received (Not How Applied): $xxx
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: $xxx
Number of Post-Petition Payments Returned by Creditor to Debtor: $xxx

If Lease, Lease Expiration Date: XX/XX/XXXX
If Terminated, Lease Termination Date: XX/XX/XXXX

Insurer of Collateral:
Term of Insurance: XX/XX/XXXX (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: ☐ Yes  ☒ No
If yes, give case number(s) and date(s) or order(s)
Case No.:  Date:
Case No.:  Date:
Case No.:  Date:

Debtor's Statement of Intention: Surrender of Collateral

Date: July 18, 2022.  Submitted by: /s/ Charles N. Parnell, III
_____
(signature)